IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02354-MSK-MJW

MICHAEL L. BLITSTEIN,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO;
BOARD OF COMMISSIONS OF CHAFFEE COUNTY, COLORADO;
TIM WALKER, individually and in his official capacity;
MICHAEL BOWERS, individually and in his official capacity as a Deputy Sheriff of the Chaffee County Sheriff's Office,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Dismiss **(#6)** filed December 10, 2010.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 13th day of December, 2010.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge